916

No. 76–1271.  HOOPES v. UNITED STATES, 431 U. S. 954;

No. 76–1422.  SHANAHAN v. RITTENHOUSE, PROSECUTOR OF HUNTERDON COUNTY, 431 U. S. 951;

No. 76–1469.  SPEROW ET AL. v. UNITED STATES, 431 U. S. 930;

No. 76–6191.  PIERCE v. GEORGIA, 431 U. S. 930;

No. 76- 6287.  HALL v. BUREAU OF EMPLOYMENT AGENCIES, 431 U. S. 920;

No. 76–6329.  ROBINSON v. UNITED STATES, 431 U. S. 920;

No. 76 6452.  LELAND v. UNITED STATES, 431 U. S. 957;

No. 76–6458.  BAXTER v. CORNETT, WARDEN, 431 U. S. 941;

No. 76–6543.  LEE v. EWING, COLE, ERDMAN & EUBANK ET AL., 431 U. S. 942; and

No. 76–6647.  ALLEY v. DODGE HOTEL ET AL., 431 U. S. 958. Petitions for rehearing denied.

No. 76–1081.  MITCHELL ET AL. v. UNITED STATES, 431 U. S. 933. Petition for rehearing denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

JUNE 29, 1977

No. 76–694.  BUCKLEY ET AL. v. McRAE ET AL.  Appeal from D. C. E. D. N. Y. dismissed.  Second renewed application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 76–1113.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. McRAE ET AL.  Appeal from D. C. E. D. N. Y.  Judgment vacated and case remanded for further consideration in light of Maher v. Roe, 432 U. S. 464 (1977), and Beal v. Doe, 432 U. S. 438 (1977).